

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:       Brian Thomas Spinks v. The State of Texas

Appellate case number:    01-17-00176-CR

Trial court case number:  78734-CR

Trial court:                300th District Court, Brazoria County, Texas

Date motion filed:          May 25, 2018

Party filing motion:        Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Terry Jennings
                              Acting for the Court

Panel consists of: Justices Jennings, Massengale, and Caughey.

Date: July 19, 2018